IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOIS M. TOMBS, | : | |
| | : | |
| Plaintiff, | : | No. 3:19-cv-01047 |
| | : | |
| v. | : | (Saporito, M.J.) |
| | : | |
| ANDREW SAUL, Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 21st day of September, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment AFFIRMING the decision of the Commissioner of Social Security; and

2. The Clerk of Court shall CLOSE this case.

<u>*s/Joseph F. Saporito, Jr.*</u>
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: September 21, 2020